# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William Duncan,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                           3:07-cv-390-1

Penny Allen, et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2007 Order.

**Signed: September 18, 2007**

Frank G. Johns, Clerk
United States District Court